THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email:  tquinn@nokesquinn.com

Attorney for Defendant EQUIFAX INFORMATION SERVICES, LLC

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MONETTE MCFADDEN, | Case No.: 2:25-cv-02733-DJC-SCR |
| Plaintiff, | |
| vs. | **ORDER ON JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| EQUIFAX INFORMATION SERVICES, LLC, and CAPITAL ONE, N.A., | Current Response Date:  October 17, 2025 |
| Defendants. | New Response Date:  November 17, 2025 |

- 1 –

**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

The parties having stipulated to extend the time for Equifax Information Services LLC.(Equifax) to answer the complaint until November 17, 2025, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT Equifax to answer the complaint herein is extended until November 17, 2025.

Dated: October 27, 2025           /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE

**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500