1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **EASTERN DISTRICT OF CALIFORNIA**
10
11   MONETTE MCFADDEN,                    Case No. 2:25-cv-02733-DJC-SCR

12          Plaintiff,                    *Assigned to District Judge Daniel J.*
                                          *Calabretta; Referred to Magistrate Judge*
13   V.                                   *Sean C. Riordan*

14                                        **ORDER GRANTING SECOND**
     EQUIFAX INFORMATION                  **STIPULATION TO EXTEND**
15   SERVICES, LLC; CAPITAL ONE,          **DEFENDANT CAPITAL ONE, N.A.'S**
     N.A.                                 **TIME TO RESPOND TO**
16                                        **COMPLAINT BY MORE THAN 28**
17          Defendants.                   **DAYS**

18                                        [*Second Stipulation to Extend Time to*
19                                        *Respond to Complaint filed Concurrently*
                                          *Herewith*]
20

21                                        Complaint Served:        9/26/2025
22                                        Current Response Date:   11/14/2025
                                          New Response Date:       12/05/2025
23
24
25
26
27
28

1

## **ORDER**

2

3        The Court has reviewed the second Stipulation filed by Plaintiff Monette

4    McFadden and Defendant Capital One, N.A. ("Capital One"), to extend Capital One's

5    time to file a responsive pleading to December 5, 2025.  The Stipulation is

6    incorporated herein by reference.  Good cause appearing thereon, the Court hereby

7    rules as follows:

8        Capital One's time to file a responsive pleading to the Complaint is extended.

9    Capital One shall file its responsive pleading to the Complaint on or before December

10   5, 2025.

11

12   **IT IS SO ORDERED.**

13

14   Dated:  November 10, 2025        /s/ Daniel J. Calabretta

15                                    THE HONORABLE DANIEL J. CALABRETTA
                                      UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING SECOND STIPULATION TO EXTEND DEFENDANT CAPITAL ONE, N.A.'S TIME TO
RESPOND TO COMPLAINT BY MORE THAN 28 DAYS