Joe Angelo (Bar # 268542)
joe@galeangelojohnson.com
Gale, Angelo, Johnson P.C.
2999 Douglas Blvd., Ste. 111
Roseville, California 95661
Tel.: 916-290-7778
Fax: 916-282-0771

Attorney for Plaintiff
Monette McFadden

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION**

| | |
|---|---|
| Monette McFadden | Case No.: 2:25-cv-02733-DJC-SCR |
| Plaintiff, | |
| vs. | **ORDER** |
| Equifax Information Services, LLC et. al.<br>Defendants. | |

**ORDER**

Pursuant to the stipulation of the Parties, Equifax Information Services, LLC is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  January 16, 2026          /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE

1